```
                    FILED
                 08 JUL 16 PM 3:19
                CLERK, U.S. DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA

              BY:    ECL         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08 CR 2349 DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |
| FELIX OVIEDO MANCILLA, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about June 29, 2008, within the Southern District of California, defendant FELIX OVIEDO MANCILLA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carina Arredondo-Zarate, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

//

CEM:nlv:San Diego
7/15/08

<u>Count 2</u>

On or about June 29, 2008, within the Southern District of California, defendant FELIX OVIEDO MANCILLA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Carina Arredondo-Zarate, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: June 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CHARLOTTE E. KAISER
Assistant U.S. Attorney