UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 2349-DMS |
| Plaintiff | ) | CRIMINAL NO. 08MJ 2004 |
| vs. | ) | ORDER |
| Felix Oviedo Mancilla | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

Carina Arredondo - Zarate

DATED: 7/21/08

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk