```
 1  TIMOTHY R. GARRISON
    California Bar No. 228105
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California  92101-5008
    Telephone: (619) 234-8467
 4  Facsimile: (619) 687-2666
    Timothy_Garrison@fd.org
 5
 6  Attorneys for Mr. Mancilla
 7
 8                    UNITED STATES DISTRICT COURT
 9                  SOUTHERN DISTRICT OF CALIFORNIA
10                   (HONORABLE DANA M. SABRAW)
```

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, | Case No. 08CR2349-DMS |
| 12 | Plaintiff, | JOINT MOTION TO CONTINUE HEARING DATE |
| 13 | v. | |
| 14 | **FELIX OVIEDO MANCILLA**, | |
| 15 | Defendant. | |

The parties hereby file a joint motion requesting that the motion hearing and trial setting date in this matter presently scheduled before the Honorable Dana M. Sabraw for August 29, 2008 at 11:00 a.m. be continued to October 3, 2008, at 11:00 a.m. The motion is based upon the facts contained in the attached declaration. Defense counsel spoke with Assistant United States Attorney Dale Blankenship's assistant, Lillian Ruiz, telephonically on August 27, 2008. Mr. Blankenship was out of the office. Ms. Ruiz agreed to join the motion to continue the hearing. Mr. Mancilla is out of custody. Both parties agree that time is excludable under the Speedy Trial Act.

Respectfully submitted,

Date: August 27, 2008    /s/ Timothy R. Garrison
**TIMOTHY R. GARRISON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Mancilla
Timothy_Garrison@fd.org

Date: August 27, 2008    /s/ Dale Blankenship
**Dale Blankenship**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: August 27, 2008

    /s/ TIMOTHY R. GARRISON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Timothy_Garrison@fd.org (email)

TIMOTHY R. GARRISON
California Bar No. 228105
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Timothy_Garrison@fd.org

Attorneys for Mr. Mancilla

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR2349-DMS |
| Plaintiff, | DECLARATION IN SUPPORT OF JOINT MOTION TO CONTINUE HEARING DATE |
| v. | |
| FELIX OVIEDO MANCILLA, | |
| Defendant. | |

I, TIMOTHY R. GARRISON, state the following, under penalty of perjury:

1. I am an attorney with Federal Defenders of San Diego, Inc. I represent the defendant in this case and have personal knowledge of all matters contained herein.

2. A continuance is necessary in this matter to allow defense counsel more time to investigate the case and prepare for the motion hearing. Mr. Mancilla is out of custody.

I swear that to the best of my knowledge and memory, the foregoing is true and correct this 27th day of August, 2008.

TIMOTHY R. GARRISON
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Mancilla
Timothy_Garrison@fd.org