UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR2349-DMS |
| Plaintiff, | ) ) | ORDER TO CONTINUE |
| v. | ) ) | HEARING DATE |
| **FELIX OVIEDO MANCILLA**, | ) ) | |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the motion hearing and trial setting date in this matter presently scheduled before the Honorable Dana M. Sabraw for August 29, 2008 at 11:00 a.m. be continued to October 3, 2008, at 11:00 a.m. Mr. Mancilla is out of custody and both parties have filed motions. The court finds that time is excludable under the Speedy Trial Act.

DATED: August 28, 2008

_____
HON. DANA M. SABRAW
United States District Judge